# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | BRIAN THOMAS & ALICE LOUISE NARDUCCI |
| **Case Number:** | 2:09-BK-27114-RTB    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 06, 2010 02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COLONIAL NATIONAL MORTGAGE, A DIVISION OF COLONIAL SAVINGS, FA .

**R / M #:**   10 / 0

## Appearances:

RONALD J. ELLETT, ATTORNEY FOR ALICE LOUISE NARDUCCI, BRIAN THOMAS NARDUCCI
LEONARD MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald urged his motion, asking that the Court allow the stay to be lifted in 30 days.

Mr. Ellett responded, stating that the motion is not well taken. He stated that he will agree to stay relief in 30 days.

COURT: COUNSEL IS DIRECTED TO FILE AN AMENDED MOTION THAT REFLECTS THE CORRECT PARTY AND ONCE FILED THE COURT WILL SIGN AN ORDER GRANTING STAY RELIEF IN 30 DAYS.