**TIFFANY & BOSCO**
P.A.

**Dated: January 14, 2010**



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27176/650454

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Brian Thomas Narducci and Alice Louise Narducci<br>Debtors.<br>_____<br>Colonial National Mortgage, a division of Colonial Savings, FA<br>Movant,<br>vs.<br><br>Brian Thomas Narducci and Alice Louise Narducci, Debtors; Lothar Goernitz, Trustee.<br><br>Respondents. | No. 2:09-bk-27114-RTB<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #21) |

This matter having come before the Court for a Preliminary Hearing on January 7, 2010, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Ellett Law Offices, P.C., and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated effective February 6, 2010 as to Movant with respect to that certain real property which is subject of a Deed of Trust dated December 4, 2006, and

recorded in the office of the Maricopa County Recorder wherein Colonial National Mortgage, a division of Colonial Savings, FA is the current beneficiary and Brian Thomas Narducci and Alice Louise Narducci have an interest in, further described as:

Lot 316, of ROCK SPRINGS II PHASE I, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 730 of Maps, Page 26 and Certificates of Correction recorded as 2005-0625225 of official records and as 2005-0893164 of official records.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.